UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. **09-09574 JAF**

In re:

**Theodore M. Spanos**

      Debtor.

_____

# CHAPTER 13 PLAN

The Debtor submits the following Chapter 13 Plan:

     1.  The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor shall pay to the Trustee the sum of <u>$200.00</u> per month for sixty (60) months.  The life of this Plan shall be sixty (60) months.

     2.  From the payments so received, the Trustee shall make disbursements as follows:

## A.  <u>PRIORITY CLAIMS.</u>

     (1)  The fees and expenses of the Trustee shall be paid over the life of this Plan at the rate of ten percent (10%) of the amount of all payments under this Plan.

     (2)  EDWARD P. JACKSON, P.A., is owed the sum of <u>$2,274.00</u> for representing the Debtor in this case.  The Trustee shall pay this sum at the rate of <u>$151.60</u> per month for months one (1) through fifteen (15) of this Plan. Additionally, the Trustee shall pay $25.00 per month as an administrative fee for the life of this Plan.

## B.  <u>SECURED CLAIMS.</u>

     (1)  The Debtor has no secured creditors.

## C.  <u>UNSECURED CLAIMS.</u>

     Unsecured creditors who timely file claims shall receive distribution pro-rata. The Trustee shall pay to the unsecured creditors all monies not otherwise provided for above

## D.  MISCELLANEOUS PROVISIONS.

(1)  The Debtor does not reject any executory contracts.

(2)  Title to all property of the estate shall revest in the Debtor upon confirmation of this Plan, subject to all vested liens.

(3)  Any claims filed after the claims deadline shall receive no distribution under this Plan unless specifically provided for above. This shall not apply to claims filed by the Debtor.

(4)  The Debtor reserves the right to object to claims after the confirmation of this Plan, whether the claims are filed before or after the confirmation of this Plan.

Dated this 24ᵗʰ  day of November, 2009.


   /s/ Edward P. Jackson
EDWARD P. JACKSON
Attorney for Debtor
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648