IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

IN RE:
THEODORE SPANOS
                    Debtors

CASE NO.: 3: 09-bk-9539-JAF
Estimated Time 5 Minutes
Conf. Hrg.: 1-19-10 @2:00 P.M.

## TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan and states:

Per 11 U.S.C. §1325(b)(3), the Debtor has provided a "Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income" which appears to be incorrectly completed. The Debtor may have disposable income which is not being applied to the unsecured creditors. The basis of this objection has been more specifically discussed at the meeting of creditors.

WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ Marsha M. Brown*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
Michael S. Waskiewicz, Attorney for Trustee
Florida Bar #693642
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX           (904)634-0038

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 16th day of December 2009 on the following:
Theodore Spanos, 13703 Richmond Park Drive N Apt 3201, Jacksonville, FL 32224
Edward Jackson, Esquire, 255 N. Liberty Street, First Floor, Jacksonville, FL 32202
*/s/ Marsha M. Brown*